UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025
NOVEMBER 16, 2026 SESSION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:26-cr-00139
18 U.S.C. § 666(a)(1)(A)
18 U.S.C. § 2

ROBERT LISLE JOHNS

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and

control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-001167, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

## COUNT TWO

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000337, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT THREE**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000716, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT FOUR**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000832, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT FIVE**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000907, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT SIX**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-001403, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT SEVEN**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000879, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT EIGHT**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Boone County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Boone County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000067, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT NINE**

On or about June 6, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Mark A. Hunt, named here but not indicted, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant ROBERT LISLE JOHNS, David Keith Cole, and Frederic Scott Caudill, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, Mark A. Hunt knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Boone County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Boone County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000185, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(3), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. § 982(a)(3), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, upon conviction of an offense in violation of 18 U.S.C. § 666(a)(1)(A) or 18 U.S.C. § 1344 and as set forth in the Indictment, defendant ROBERT LISLE JOHNS shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

The property to be forfeited includes, but is not limited to the following property:

a. 2022-C-000337. 5731 Victory Avenue, Charleston, West Virginia 25304;

b. 2022-C-000716. 1528 Livingston Avenue, Charleston, West Virginia 25387;

c. 2022-C-000832. 530 Daughtery Street, Charleston, West Virginia 25302;

d. 2022-C-000907. 701A Madison Street, Charleston, West Virginia 25302;

e. 2022-C-001167. 79 Shadywood Lane, Saint Albans, West Virginia 25177;

f. 2022-C-001403. 961 Elliot Street, Saint Albans, West Virginia 25177;

g. 2022-C-000067. 102 Hillside Avenue, Madison, West Virginia 25130;

h. 2022-C-000185. 343 Williams Road, Seth, West Virginia 25181.

i. A money judgment in the amount constituting the proceeds of the violations set forth in this Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(a)(3) and 28 U.S.C. § 2461.

MOORE CAPITO
United States Attorney

By: ______________________________
JONATHAN T. STORAGE
Assistant United States Attorney